UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| OUKIIMA K DIXON, | ) | CASE NO. 19-04037 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. CAROL A. DOYLE |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **Wednesday, March 20, 2019, at 10:00 AM.**, I shall appear before the Honorable Carol A. Doyle, Bankruptcy Judge in Courtroom 742, at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois or before any other Bankruptcy Judge who may be sitting in her place and shall request a hearing on a **Motion To Object To The Debtor's Discharge And For Other Relief**, a copy of which is attached hereto and is herewith served upon you.

*/s/ M. Gretchen Silver*
M. Gretchen Silver, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(312) 353-5054

**CERTIFICATE OF SERVICE**

I, M. Gretchen Silver, an attorney, state that on March 11, 2019, pursuant to Local Rule 9013-1(D) the **Notice of Motion** and **Motion To Object To The Debtor's Discharge And For Other Relief** were filed and served on all parties, either via the Court's Electronic Notice for Registrants or via First Class Mail, as indicated on the service list below.

*/s/ M. Gretchen Silver*

## SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants**

Michael K Desmond    mkd.trustee@fslegal.com

**Parties Served via First Class Mail:**

Oukiima Dixon
3553 Marseille LN
Hazel Crest, IL 60426

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| | ) | |
| OUKIIMA K DIXON, | ) | CASE NO. 19-04037 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. CAROL A. DOYLE |

**MOTION TO OBJECT TO THE DEBTOR'S DISCHARGE
AND FOR OTHER RELIEF**

Patrick S. Layng, the United States Trustee for the Northern District of Illinois ("U.S. Trustee"), by and through his attorney, M. Gretchen Silver, hereby objects to the discharge of Oukiima K. Dixon ("Debtor") pursuant to § 727(a)(8) of the Bankruptcy Code. In support of his Motion, the U.S. Trustee states to the Court as follows:

### JURISDICTION

1.  The Court has jurisdiction to hear and determine this motion pursuant to 11 U.S.C § 157(b)(2)(J) and IOP 15(a) and Local Rule 40.3.1 of the United States District Court for the Northern District of Illinois.

2.  Movant is the U.S. Trustee for the Northern District of Illinois and is charged with supervising the administration of bankruptcy cases under 28 U.S.C. § 586(a). The U.S. Trustee makes this request pursuant to the authority granted to him under 11 U.S.C. § 727(c)(1) and Fed. R. Bankr. P. 4004.

### BACKGROUND

3.  On February 15, 2019 ("Petition Date"), the Debtor commenced this case by filing a *pro se* petition for relief under Chapter 7 of the Bankruptcy Code ("Petition").

1

4.  On November 7, 2011, less than eight years before the Petition Date, the Debtor filed a Chapter 7 case commencing Case No. 11-45195 ("2011 Case").

5.  On February 13, 2012, the Debtor received a discharge in the 2011 Case. *See Exhibit A*.

## ARGUMENT

6.  Section 727(a)(8), as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005, is explicit in its directive to the Court to grant the debtor a discharge "**unless**…the debtor has been granted a discharge under this section…in a case commenced within eight years before the date of the filing of the petition." 11 U.S.C. § 727(a)(8) (emphasis added).

7.  The proper measurement of the eight-year time period of § 727(a)(8) is from the filing date of the petition in the prior case to the filing date of the petition in the current case. *In re Leduc*, No. BR 10-01641, 2011 WL 3204599, at *1 (Bankr. N.D. Iowa July 27, 2011).

8.  Because the Debtor received a discharge in the 2011 Case, commenced on November 7, 2011, which is within 8 years before the Petition Date, the Debtor is ineligible to receive a Chapter 7 discharge in this case by operation of 11 U.S.C. § 727(a)(8).

**WHEREFORE**, the U.S. Trustee respectfully requests that the Court deny the Debtor's discharge in the above-captioned case pursuant to § 727(a)(8) and for such other relief as is just.

RESPECTFULLY SUBMITTED:
PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATED: March 11, 2019                By: /s/ M. Gretchen Silver
                                     M. Gretchen Silver, Attorney
                                     OFFICE OF THE U.S. TRUSTEE
                                     219 S. Dearborn, Room 873
                                     Chicago, Illinois 60604
                                     (312) 353-5054